UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              Chapter 7 Case

TONYA MARIE TIEMANN,                                BKY 10-46128

                                                    ORDER
    Debtor.
_____

        At Minneapolis, Minnesota, April 14, 2011.

        This matter came before the Court on the motion of U.S. Bank, National Association, (Movant) seeking relief from the automatic stay of 11 U.S.C. § 362(a). The Chapter 7 trustee did not oppose the motion. Based upon the files and records herein, the Court now finds that cause exists entitling Movant to the requested relief as to the interest of the estate, but that the motion is moot as to Debtor, the automatic stay having terminated upon entry of Debtor's discharge on November 17, 2010. *See* 11 U.S.C. § 362(c)(2)(C).

        IT IS ORDERED that the automatic stay of 11 U.S.C. § 362(a) is immediately terminated as to the estate's interest in the property as to Movant; and, Movant, its successors or assigns, are hereby authorized to enforce its remedies pursuant to Minnesota law that certain Mortgage dated October 13, 2004, filed for record in the office of the Recorde, in and for Anoka County, Minnesota, on October 26, 2004, and recorded as Document No. 1967358.0 and covering real property located in Anoka County, Minnesota, which is legally described as follows:

> Lot 24, Block 3, Thompson Heights 4th Addition, Anoka County, Minnesota, and more commonly known as 11441 Wren Street, Coon Raids, MN 55433.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

    /e/ Nancy C. Dreher
_____
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/14/2011*
Lori Vosejpka, Clerk, by KK